UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

| | |
|---|---|
| IN RE ORIGINAL SHORTHAND FILES OF RETIRED OFFICIAL COURT REPORTER FREDERICK GUERINO | **ORDER TO PRODUCE FILES**<br>24-MC-97 (MKB) |

-----------------------------------------------------------------

MARGO K. BRODIE, Chief United States District Judge:

      IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 753(b), Frederick Guerino, Retired Official Court Reporter, shall appear at the Clerk's Office for the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, on or before February 7, 2024, and promptly deliver to the custody of the Clerk all original shorthand notes (paper and electronic), audio files and stenography dictionary for all court proceedings to which Guerino was designated to produce the record in the United States District Court for the Eastern District of New York (collectively, the "Files").  Upon such delivery, the Clerk's Office staff will be available to upload the Files to the Court's database.  The Clerk shall preserve the Files in the public records of the Court for not less than ten years, as required by 28 U.S.C. § 753(b).

Dated: January 8, 2024
       Brooklyn, New York

                                      SO ORDERED:

                                      _____s/ MKB_____
                                      MARGO K. BRODIE
                                      Chief United States District Judge